UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-0140 (ESH) |
| | ) | |
| LACY F. CHAVIS, | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |

## ORDER

In a hearing before Magistrate Judge Facciola on June 20, 2008, defendant Lacy Chavis entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Moreover, on September 5, 2008, in the presence of all parties, including defendant, the Court inquired if there was an objection to the Report and Recommendation. Neither party objected, and therefore, the Court accepted the magistrate's recommendation in open court.

Accordingly, as of September 5, 2008, the Court adopted the recommendation of the magistrate judge and accepted defendant's guilty plea.

**SO ORDERED.**

/s/ Ellen Segal Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date: September 24, 2008